# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Jorge Gomez Jimenez<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     5:25-mj-00015<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 1, 2024__ in the county of __Greenbrier__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Fraud and misues of visas, permits, and other documents |

This criminal complaint is based on these facts:

On or about February 1, 2024, at or near Lewisburg, Greenbrier County, West Virginia, within the Southern District of West Virginia, defendant JORGE GOMEZ JIMENEZ did knowingly possess an immigrant visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a counterfeited Immigration Form I-551 (also known as a "Permanent Resident Card" or "Green Card") bearing the name of defendant JORGE GOMEZ JIMENEZ, knowing it to be forged, counterfeited, altered, and falsely made.

In violation of Title 18, United States Code, Section 1546(a).

☐ Continued on the attached sheet.

*Complainant's signature*

Zachary W. Sedam, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/16/2025

City and state: Bluefield, WV

Omar J. Aboulhosn
United States Magistrate Judge